IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civ. No. 7:17-cv-00177-FL

PAUL A. SWEATT, )
 )
      Plaintiff, )
 )
v. )
 )
NANCY A. BERRYHILL, )
Acting Commissioner of Social Security, )
 )
      Defendant. )

## ORDER OF DISMISSAL

The parties, through counsel, have submitted a Stipulation for Voluntary Dismissal of Plaintiff's Complaint. Plaintiff's Complaint shall therefore be dismissed without prejudice.

IT IS SO ORDERED this  15th  day of March, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge